FILED

2018 Oct-25  AM 09:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# U.S. District Court
## Northern District of Ohio (Toledo)
## CRIMINAL DOCKET FOR CASE #: 3:18−mj−05360−JRK−1

Case title: United States of America v. Abusaad

Date Filed: 10/23/2018
Date Terminated: 10/23/2018

Assigned to: Magistrate Judge
James R. Knepp, II

**Defendant (1)**

**Alaa Mohd Abusaad**
*TERMINATED: 10/23/2018*

represented by **Mark C. Geudtner**
2nd Floor
610 Adams Street
Toledo, OH 43604
419−241−5506
Fax: 419−242−3442
Email: mgeudt@sbcglobal.net
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Opening)** | |
| --- | --- |
| None | |

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

| **Highest Offense Level (Terminated)** | |
| --- | --- |
| None | |

| **Complaints** | **Disposition** |
| --- | --- |
| 18:2339B and 2 Attempt to provide material support or resources to designated foreign terrorist organization | |

**Plaintiff**

**United States of America**

represented by **Noah P. Hood**
Office of the U.S. Attorney − Toledo
Northern District of Ohio
3rd Floor
4 Seagate
Toledo, OH 43604
419−259−6376
Fax: 419−259−6360
Email: noah.hood@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/23/2018 | | Arrest (Rule 5) of Alaa Mohd Abusaad (1) on 10/23/2018. (R,Ke) (Entered: 10/23/2018) |
| 10/23/2018 | 1 | Rule 40 Warrant received as to Alaa Mohd Abusaad (1) (Attachments: # 1 Complaint, # 2 Affidavit) (R,Ke) (Additional attachment(s) added on 10/23/2018: # 3 Warrant, p. 1) (R,Ke). (Entered: 10/23/2018) |
| 10/23/2018 | | **Minutes of proceedings** [non–document] before Magistrate Judge James R. Knepp, II. Initial Appearance in Rule 5(c)(3) Proceedings as to Alaa Mohd Abusaad (1) held on 10/23/2018. Present: AUSA Noah Hood appeared on behalf of the Government with Agent William Tootle, FBI; Attorney Mark Geudtner appeared on behalf of the Defendant; Officer Cheryce Burton appeared on behalf of Pretrial Services. Identity hearing waived. Financial Affidavit executed and approved. Attorney Mark C. Geudtner appointed. Defendant waived Rule 5 hearing. Government moves for detention. Defendant ordered removed to the Northern District of Alabama. (Court Reporter ECRO Tina Damoah) Time: 20 minutes. (R,Ke) (Entered: 10/23/2018) |
| 10/23/2018 | 2 | CJA 23 Financial Affidavit by Alaa Mohd Abusaad (1). Magistrate Judge James R. Knepp, II on 10/23/2018. (R,Ke) (Entered: 10/23/2018) |
| 10/23/2018 | | CJA 20 Appointment of Attorney Mark C. Geudtner. Counsel is reminded of their obligation to report significant changes in defendant's employment or financial circumstances sufficient to enable defendant to pay, in whole or in part, for legal representation. CJA Plan, Part IV (D)(2). Magistrate Judge James R. Knepp, II on 10/23/2018. (R,Ke) (Entered: 10/23/2018) |
| 10/23/2018 | 3 | Warrant of Removal to Northern District of Alabama Issued as to Alaa Mohd Abusaad (1) by Magistrate Judge James R. Knepp, II. (R,Ke) (Entered: 10/23/2018) |
| 10/23/2018 | | Notice to Northern District of Alabama of a Rule 5 or Rule 32 Initial Appearance as to Alaa Mohd Abusaad (1). Your case number is: 18–282. Using your PACER account, you may retrieve the docket sheet and any text–only entry via the case number link. The following document link(s) is also provided: 1 Rule 40 Warrant from Another District, 3 Warrant of Removal Issued, 2 Financial Affidavit – CJA23, 4 Waiver of Rule 5 Hearing. If you require certified copies of any documents, please send a request to ohndml_InterDistrictTransfer@ohnd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (R,Ke) (Entered: 10/23/2018) |
| 10/23/2018 | 4 | Waiver of Rule 5 Hearing by Alaa Mohd Abusaad (1). (R,Ke) (Entered: 10/23/2018) |